IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| PATRICIA KOLLER, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>EQUIFAX INFORMATION SERVICES )<br>LLC, et al., )<br>)<br>    Defendants. ) | CASE NO. 3:17-cv-00286-CRS |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, Patricia Koller, pursuant to Fed. R. Civ. P. 41(a)(1)(A) and files this Notice to Dismiss with prejudice the above-referenced action against Defendant, Equifax Information Services LLC, only, who has neither filed an Answer nor Motion for Summary Judgment in this action. Each party shall bear its own fees and costs.

This 7th day of September, 2017.

HEMMINGER LAW OFFICE, PSC

/s/ David W. Hemminger
David W. Hemminger
HEMMINGER LAW OFFICE, P.S.C.
616 S. Fifth Street
Louisville, KY 40202
*Attorneys for Plaintiff Patricia Koller*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kendall Carter
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309

Gregory S. Berman
Jordan M. White
Wyatt, Tarrant & Combs, LLP - Louisville
500 W. Jefferson Street, Suite 2800
Louisville, KY 40202-2898

Sandra D. Jansen
Schuckit & Associates, PC
4545 Northwestern Drive
Zionsville, IN 46077

Margaret Jane Brannon
Jackson Kelly, PLLC - Lexington
175 E. Main St., Suite 500
Lexington, KY 40507

                                                  */s/ David W. Hemminger*
                                                  David W. Hemminger