UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

PATRICIA A. KOLLER     PLAINTIFF

vs.     CIVIL ACTION NO. 3:17CV-286-CRS

JPMORGAN CHASE BANK, N.A., ET AL     DEFENDANTS

### ORDER OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Counsel for Plaintiff having filed a Notice of Voluntary Dismissal of Defendant Equifax Information Services, LLC (DN 12), no answer or other responsive pleading having been filed on behalf of the Defendant, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Equifax Information Services, LLC, in this case are **DISMISSED** from the Court's docket with prejudice.

Dated: September 14, 2017

Charles R. Simpson III, Senior Judge
United States District Court

cc: Counsel of Record