# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| PATRICIA A. KOLLER, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO. 3:17-cv-00286-CRS |
| ) | *FILED ELECTRONICALLY* |
| JP MORGAN CHASE BANK, N.A. ) | |
| d/b/a CHASE, et al., ) | |
| ) | |
| DEFENDANTS. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN
## PLAINTIFF AND DEFENDANT JPMORGAN CHASE BANK, N.A. ONLY

Plaintiff Patricia A. Koller, by counsel, and Defendant Chase Bank USA, N.A. ("Chase") incorrectly sued herein as "JPMorgan Chase Bank, N.A. d/b/a Chase," by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause and claims against Chase only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ *Jordan M. White*
Gregory S. Berman
Jordan M. White
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky  40202-2898

*Counsel for Defendant Chase*

/s/ *David W. Hemminger* (w/ permission)
David W. Hemminger
Hemminger Law Office, PSC
616 South Fifth Street
Louisville, Kentucky 40202

*Counsel for Plaintiff*