# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**PATRICIA A. KOLLER**                                                                                                          **PLAINTIFF**

**vs.**                                                                                           **CIVIL ACTION NO. 3:17CV-286-CRS**

**JPMORGAN CHASE BANK, N.A., ET AL**                                                             **DEFENDANTS**

## ORDER OF DISMISSAL OF
## DEFENDANT JPMORGAN CHASE BANK, N.A.

Counsel for the Plaintiff and Defendant JPMorgan Chase Bank, N.A., having filed a Stipulation of Dismissal (DN 15), and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant JPMorgan Chase Bank, N.A., in this case, are **DISMISSED** from the Court's docket with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated:   September 22, 2017

*[signature]*

**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc: Counsel of Record