# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| PATRICIA A. KOLLER,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>JPMORGAN CHASE BANK, N.A.<br>d/b/a CHASE; EQUIFAX INFORMATION<br>SERVICES, LLC; TRANS UNION, LLC;<br>and EXPERIAN INFORMATION<br>SOLUTIONS, INC.;<br>　　　　Defendants. | CASE NO. 3:17-cv-00286-CRS<br><br>**ELECTRONICALLY FILED**<br><br>Senior Judge Charles R. Simpson, III |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Patricia A. Koller ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


Date:  December 7, 2017
　　　　　　　　　　　　　　　　　　　　*/s/ David W. Hemminger (with consent)*
　　　　　　　　　　　　　　　　　　　　David W. Hemminger, Esq.
　　　　　　　　　　　　　　　　　　　　Hemminger Law Office, P.S.C.
　　　　　　　　　　　　　　　　　　　　616 South Fifth Street
　　　　　　　　　　　　　　　　　　　　Louisville, KY  40202
　　　　　　　　　　　　　　　　　　　　Telephone:  (502) 443-1060
　　　　　　　　　　　　　　　　　　　　Fax:  (502) 589-3004
　　　　　　　　　　　　　　　　　　　　E-Mail:  hemmingerlawoffice@gmail.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Patricia A. Koller*

Date:  December 7, 2017

*/s/ Sandra Davis Jansen*
Sandra Davis Jansen, Esq. (KY #93088)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sjansen@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **7th day of December, 2017**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| David W. Hemminger, Esq. <br> hemmingerlawoffice@gmail.com | Gregory S. Berman, Esq. <br> gberman@wyattfirm.com |
|---|---|
| Margaret J. Brannon, Esq. <br> mjbrannon@jacksonkelly.com | Jordan M. White, Esq. <br> jwhite@wyattfirm.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **7th day of December, 2017**, properly addressed as follows:

| None. | |
|---|---|

        */s/ Sandra Davis Jansen*
        Sandra Davis Jansen, Esq. (KY #93088)
        Schuckit & Associates, P.C.
        4545 Northwestern Drive
        Zionsville, IN  46077
        Telephone:  317-363-2400
        Fax:  317-363-2257
        E-Mail:  sjansen@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*