UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| PATRICIA A. KOLLER,<br>　　　　　Plaintiff,<br><br>　　　　vs.<br><br>JPMORGAN CHASE BANK, N.A.<br>d/b/a CHASE; EQUIFAX INFORMATION<br>SERVICES, LLC; TRANS UNION, LLC;<br>and EXPERIAN INFORMATION<br>SOLUTIONS, INC.;<br>　　　　　Defendants. | CASE NO. 3:17-cv-00286-CRS<br><br>**ELECTRONICALLY FILED**<br><br>Senior Judge Charles R. Simpson, III |

### ORDER OF DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT TRANS UNION, LLC ONLY

　　Plaintiff Patricia A. Koller, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

　　IT IS, THEREFORE, ORDERED that all claims of Plaintiff Patricia A. Koller against Defendant Trans Union, LLC are dismissed, with prejudice.  Plaintiff Patricia A. Koller and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

December 13, 2017

　　　　　　　　　　　　　　　　　　　　**Charles R. Simpson III, Senior Judge**
　　　　　　　　　　　　　　　　　　　　**United States District Court**