IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(AT LOUISVILLE)

| | |
|---|---|
| PATRICIA KOLLER, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 3:17-cv-00286-CRS |
| EQUIFAX INFORMATION SERVICES LLC, et al., | ) |
| Defendants. | ) |

**AGREED NOTICE OF VOLUNTARY DISMISSAL**

NOW COMES Plaintiff, Patricia Koller, and Defendant, Experian Information Solutions, Inc., by counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) and files this Agreed Notice to Dismiss with prejudice the above-referenced action against Defendant, Experian Information Solutions, Inc. Each party shall bear its own fees and costs.

SEEN AND AGREED TO BY:

/s/ Margaret Jane Brannon (with permission)
Margaret Jane Brannon
Jackson Kelly, PLLC - Lexington
175 E. Main St., Suite 500
Lexington, KY 40507
859-255-9500
Fax: 859-288-2849
Email: mjbrannon@jacksonkelly.com
*Counsel for Experian Information Solutions, Inc.*

HEMMINGER LAW OFFICE, PSC
/s/ *David W. Hemminger*
David W. Hemminger
HEMMINGER LAW OFFICE, P.S.C.
616 S. Fifth Street
Louisville, KY 40202
*Attorney for Plaintiff Patricia Koller*

SO ORDERED.

**Charles R. Simpson III, Senior Judge**
**United States District Court**

March 22, 2018

1